Certificate Number: 05781-MIE-DE-041234247

Bankruptcy Case Number: 26-31329



05781-MIE-DE-041234247

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 21, 2026, at 7:53 o'clock PM PDT, Heather C. Shalayko completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date:  July 21, 2026

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President